```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02510
    PATRICIA L GRAY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6949


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/14/2006 and was confirmed 05/17/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 11/19/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                               PAID         PAID
-------------------------------------------------------------------------------
 CITY OF CHICAGO WATER DE  SECURED              529.54         97.78       243.96
 WELLS FARGO HOME MORTGAG  CURRENT MORTG      20383.74           .00     20383.74
 WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      15922.89           .00     11368.77
 SHAPIRO & KREISMAN        NOTICE ONLY       NOT FILED           .00          .00
 WELLS FARGO AUTO FINANCE  SECURED             5417.25         908.01     3160.67
 AT & T WIRELESS           UNSEC W/INTER    NOT FILED           .00          .00
 GC SERVICES LIMITED PART  NOTICE ONLY      NOT FILED           .00          .00
 AT & T WIRELESS           UNSEC W/INTER    NOT FILED           .00          .00
 SUNRISE CREDIT            NOTICE ONLY      NOT FILED           .00          .00
 ADT SECURITY SYSTEMS      UNSEC W/INTER    NOT FILED           .00          .00
 AT & T BANKRUPCTY         UNSEC W/INTER    NOT FILED           .00          .00
 DYMACOL                   UNSEC W/INTER    NOT FILED           .00          .00
 ECAST SETTLEMENT CORP     UNSEC W/INTER    NOT FILED           .00          .00
 FINGERHUT                 UNSEC W/INTER    NOT FILED           .00          .00
 HOUSEHOLD BANK            UNSEC W/INTER    NOT FILED           .00          .00
 JEFFERSON CAPITAL SYSTEM  NOTICE ONLY      NOT FILED           .00          .00
 MITCHELL N KAY            NOTICE ONLY      NOT FILED           .00          .00
 HOUSEHOLD CREDIT SERVICE  NOTICE ONLY      NOT FILED           .00          .00
 MCI RESIDENTIAL SERVICES  UNSEC W/INTER    NOT FILED           .00          .00
 WELLS FARGO AUTO FINANCE  UNSEC W/INTER       167.28          6.07       167.28
 RISK MANAGEMENT ALTERNAT  NOTICE ONLY      NOT FILED           .00          .00
 AMERICREDIT FINANCIAL SE  SECURED               .00            .00          .00
 TRI-CAP INVESTMENT PARTN  FILED LATE         1799.60           .00          .00
 GC SERVICES LIMITED PART  NOTICE ONLY      NOT FILED           .00          .00
 TIMOTHY K LIOU            DEBTOR ATTY       1,613.20                     1,613.20
 TOM VAUGHN                TRUSTEE                                        2,538.52
 DEBTOR REFUND             REFUND                                         1,400.00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 02510 PATRICIA L GRAY
```

```
TRUSTEE                                      41,888.00

PRIORITY                                                              .00
SECURED                                                         35,157.14
    INTEREST                                                     1,005.79
UNSECURED                                                          167.28
    INTEREST                                                         6.07
ADMINISTRATIVE                                                   1,613.20
TRUSTEE COMPENSATION                                             2,538.52
DEBTOR REFUND                                                    1,400.00
                                          ---------------   ---------------
TOTALS                                       41,888.00          41,888.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/25/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 02510 PATRICIA L GRAY